

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00441-CR

## IN RE NELSON PARNELL, JR.

_____

## Original Proceeding

_____

## ORDER REQUESTING A RESPONSE

Nelson Parnell, Jr.'s petition for writ of mandamus was filed on December 23, 2016.

The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP.

P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days

from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed January 11, 2017

